Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/14/06*

| | |
|---|---|
| Garden City Boxing Club, Inc. | CASE NO. C 06-5637 RMW |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER |
| vs. | |
| Nghia T. Nguyen, et al. | |
| Defendant. | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, December 15, 2006 at 10:30 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff has not perfected service of process as to both of the defendants named to this action.

In addition, as of this writing, Plaintiff's counsel has not conferred with either defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. C 06-5637 RMW
PAGE 1

1
2
3
4
5

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, December 15, 2006 at 10:30 am to a new date approximately forty-five (45) to sixty (60) days forward in order that each of the defendants may be served and Plaintiff's counsel may thereafter confer with the defendants and/or their counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

6
7
8

Respectfully submitted,

9
10
11

Dated: December 13, 2006

12
13
14

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

15
16
17
18
19
20
21
22
23
24
25
26
27

///
///
///
///
///
///
///
///
///
///
///
///
///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. C 06-5637 RMW
PAGE 2**

1

2

## <u>ORDER</u>

3      It is hereby ordered that the Case Management Conference in civil action number 06-5637 RMW

4  styled *Garden City Boxing Club, Inc. v. Nghia T. Nguyen, et al.*, is hereby continued from 10:30 am,

5  Friday, December 15, 2006, to_ February 9, 2007 @ 10:30 a.m. _____.

6          The Parties shall file a joint Case Management Statement in advance of the Case Management

7  Conference pursuant to the Local Rules and the Standing Order of this Court.

8          Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification

   of Service of this Order with the Clerk of the Court.

9

10

11

12  **IT IS SO ORDERED**:

13

14

15   /s/ Ronald M. Whyte                                    Dated:_ 12/14/06 _____

16  **THE HONORABLE RONALD M. WHYTE**

17  **United States District Court**
    **Northern District of California**

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

<u>**PROOF OF SERVICE (SERVICE BY MAIL)**</u>

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, December 13, 2006, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Nghia T. Nguyen (Defendant)
1040 E. McLaughlin Ave., Ste B
San Jose, CA 95112

Kim Thuy Ho (Defendant)
1040 E. McLaughlin Ave., Ste B
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 13, 2006, at South Pasadena, California.

Dated:  December 13, 2006                    */s/ Inesa Mamidjanyan*
                                             **INESA MAMIDJANYAN**