Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/13/07*

| | |
|---|---|
| Garden City Boxing Club, Inc. | CASE NO. C 06-5637 RMW |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER |
| vs. | |
| Nghia T. Nguyen, et al. | |
| Defendant. | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, February 9, 2007 at 10:30 a.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff still has not perfected service of process as to either one of the defendants named to this action.  Concurrent with the filing of this pleading, Plaintiff has filed a request for an extension of time to complete service.

The specific problems with service that the Plaintiff has encountered as to each defendant may be summarized as follows:

1.) With regard to defendant Kim Thuy Ho, individually and d/b/a Thoa Cafe, this particular person may or may not have a valid business address, but if he/she does, such is unknown to the Plaintiff at this time.  The residential address Plaintiff's counsel is aware of has also been unsuccessful because the process server has been unable to gain access to the apartment complex, and when access is

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. C 06-5637 RMW
PAGE 1

gained, the process server has not been able to complete service because no one answers the door.

In addition, Plaintiff's counsel is not alltogether certain that this individual continues to reside at this particular address because he/she is not referenced on the apartment directory within the vestibule.

2.) With regard to defendant Nghia T. Nguyen, individually and d/b/a Thoa Cafe, Plaintiff's prior attempt at service has been unsuccessful because this particular defendant no longer resides at the Autinori Court address in San Jose.  Our recent attempts to determine the current whereabouts of the defendant have been unsuccessful.  Nevertheless, Plaintiff's counsel is confident that this particular individual may be skiptraced by an investigative firm specializing in such, and therefore request this brief additional continuance so that such additional research may be conducted and service may be completed, service of publication requested, or this particular defendant may be dismissed from this action.

As a result of the foregoing, as of this writing, Plaintiff's counsel has not conferred with either defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, February 9, 2007 at 10:30 am to a new date approximately thirty (30) to forty-five (45) days forward in order that each of the defendants may be served and Plaintiff's counsel may thereafter confer with the defendants and/or their counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: February 7, 2007

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

## ORDER

It is hereby ordered that the Case Management Conference in civil action number 06-5637 RMW styled *Garden City Boxing Club, Inc. v. Nghia T. Nguyen, et al.*, is hereby continued from 10:30 am, Friday, February 16, 2007, to **March 30, 2007 @ 10:30 a.m.  (No further continuances.)** .

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

*Ronald M. Whyte*
_____          Dated:__2/13/07_____
**THE HONORABLE RONALD M. WHYTE**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, February 7, 2007, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Nghia T. Nguyen (Defendant)
1040 E. McLaughlin Ave., Ste B
San Jose, CA 95112

Kim Thuy Ho (Defendant)
1040 E. McLaughlin Ave., Ste B
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on February 7, 2007, at South Pasadena, California.

Dated:  February 7, 2007                    */s/ Angel Atherall*
                                            **ANGEL ATHERALL**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. C 06-5637 RMW**
**PAGE 4**