1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 90071

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.

7

                       UNITED STATES DISTRICT COURT
8                     NORTHERN DISTRICT OF CALIFORNIA        *E-FILED - 2/13/07*

9

10  Garden City Boxing Club, Inc.,          CASE NO. C 06-5637 RMW

11             Plaintiff,                   PLAINTIFF'S APPLICATION FOR AN
                                            ORDER EXTENDING TIME TO
12     vs.                                  COMPLETE SERVICE; AND ORDER
                                            (Proposed)
13

14  Nghia T. Nguyen, et al.

15

16             Defendant.

17  TO THE HONORABLE RONALD M. WHYTE, DEFENDANT NGHIA T. NGUYEN,

18  DEFENDANT KIM THUY HO, AND THEIR ATTORNEY/S OF RECORD:

19

20     1.     On September 14, 2006, Plaintiff's Complaint was filed against Defendants Nghia T.

21  Nguyen and Kim Thuy Ho, (hereinafter referred to as "Defendant").

22     2.     As of this writing, Plaintiff has been unable to serve the suit papers on defendant Kim

23  Thuy Ho, despite multiple attempts otherwise. (Please see the Status Report of the process

24  server attached hereto and made part of Plaintiff's Exhibit 1).

25     3.     As of this writing, Plaintiff has been unable to serve the suit papers on defendant

26  Nghia T. Nguyen, as well. (Please see the Status Report of the process server attached hereto

27  and made part of Plaintiff's Exhibit 2).

28  ///

1  **WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional thirty (30)

2  days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to

3  file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as

4  Defendants Nghia T. Nguyen and Kim Thuy Ho.

5

6                                            Respectfully submitted,

7

8

9

   Date: February 7, 2007          /s/ Thomas P. Riley

10                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                    By: Thomas P. Riley, Esquire
11                                  Attorneys for Plaintiff
                                    Garden City Boxing Club, Inc.
12

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

   **PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING**
   **TIME TO COMPLETE SERVICE; AND ORDER [PROPOSED]**

   **PAGE 2**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | Last day(s) to serve, if any: |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>Fax: (626) 799-9795<br>1THORI-11 | |
| | Ref. No. or File No. | **FAXED** |
| ATTORNEY FOR *(Name):*   PLAINTIFF | THOA CAFE 9/18/04 | JAN 2 9 2007 |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER:

GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT:

NGUYEN

| *** STATUS REPORT ***<br>Attn: | HEARING DATE: | TIME: | DEPT/DIV. | CASE NUMBER:<br>C06-05637 RMW PVT |
|---|---|---|---|---|

We received the within process in our Process Department on January 10, 2007. We have attempted to effect service on the following party at the address(es) indicated below.

Servee:   KIM THUY HO, INDIVIDUALLY AND D/B/A THOA CAFE

Residence:  1060 SOUTH 3RD STREET, APT. 177, SAN JOSE, CA 95112

Business:   Business address is unknown.

Our attempts at service include, but are not limited to, the following dates, times and status detail:

| | | |
|---|---|---|
| January 19, 2007 | 11:10 am | SECURED COMPLEX, UNABLE TO GAIN ACCESS. SUBJECT NO NAMED ON DIRECTORY. |
| January 21, 2007 | 07:05 pm | SECURED COMPLEX, UNABLE TO GAIN ACCESS. |
| January 24, 2007 | 06:05 pm | NO ANSWER (RESIDENCE). |
| January 27, 2007 | 08:30 am | SECURED COMPLEX, UNABLE TO GAIN ACCESS. |
| January 28, 2007 | 05:40 pm | NO ANSWER (RESIDENCE). |

Date: January 29, 2007

If you have any additional information that would help us facilitate this service, please write it on a copy of this report and return it to us on route or fax it to: (213) 481-7343.  Thank you.

**Absolute Service of Los Angeles**
1301 West Second Street, Suite 204, Los Angeles, CA 90026 (213) 481-7334

*** SERVICE OF PROCESS STATUS REPORT ***

EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>**THOMAS P. RILEY, ESQ., Bar No.: 194706**<br>**THOMAS P. RILEY, LAW OFFICES OF**<br>**1114 FREMONT AVENUE**<br>**SOUTH PASADENA, CA  91030** | TELEPHONE NO.:<br>**(626)  799-9797**<br>Fax: **(626)  799-9795**<br>**1THORI-11** | Last day(s) to serve, if any: |
|---|---|---|
| ATTORNEY FOR *(Name):*     **PLAINTIFF** | Ref. No. or File No.<br>**THOA CAFE 9/18/04** | |
| Insert name of court, judicial district or branch court, if any:<br>**UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT**<br>**280 SOUTH FIRST STREET**<br>**SAN JOSE, CA  95113** | | |

PLAINTIFF/PETITIONER:

**GARDEN CITY BOXING CLUB, INC.**

DEFENDANT/RESPONDENT:

**NGUYEN**

| **\*\*\* STATUS REPORT \*\*\***<br>Attn: | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**C06-05637 RMW PVT** |
|---|---|---|---|---|

We received the within process in our Process Department on January 10, 2007. We have attempted to effect service on the following party at the address(es) indicated below.

Servee:     **NGHIA T. NGUYEN, INDIVIDUALLY AND D/B/A THOA CAFE**

Residence:  **4093 AUTINORI COURT, SAN JOSE, CA 95148**

Business:   **Business address is unknown.**

Our attempts at service include, but are not limited to, the following dates, times and status detail:

**January 20, 2007   02:45 pm     BAD ADDRESS (RESIDENCE): 4093 AUTINORI COURT, SAN JOSE,**
**                             CA 95148. THIS IS HONG RESIDENCE, THEY PURCHASED**
**                             RESIDENCE FROM SUBJECT SIX MONTHS AGO. NO FORWARDING**
**                             INFORMATION WAS AVAILABLE.**
**January 26, 2007   11:01 am     DOCUMENTS ARE ON HOLD PENDING FURTHER INSTRUCTIONS FROM**
**                             YOUR OFFICE.**

Date: **January 26, 2007**

If you have any additional information that would help us facilitate this service, please write it on a copy of this report and return it to us on route or fax it to: (213) 481-7343. Thank you.

### Absolute Service of Los Angeles
1301 West Second Street, Suite 204, Los Angeles, CA 90026 (213) 481-7334

**\*\*\* SERVICE OF PROCESS STATUS REPORT**

**EXHIBIT 2**

## ORDER (Proposed)

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendants Nghia T. Nguyen and Kim Thuy Ho where service has not been made or service by publication requested.

**IT IS SO ORDERED:**


*Ronald M. Whyte*                          Date: _2/13/07_____

**HONORABLE RONALD M. WHYTE**
United States District Court Judge
Northern District of California
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 7, 2007, I served:

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Nghia T. Nguyen (Defendant)
1040 E. McLaughlin Ave., Ste B
San Jose, CA 95112

Kim Thuy Ho (Defendant)
1040 E. McLaughlin Ave., Ste B
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 7, 2007, at Los Angeles, California.

Dated: February 7, 2007                    */s/ Angel Atherall*
                                           **ANGEL ATHERALL**

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

PAGE 4