*E-Filed on*: 1/4/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NGHIA T. NGUYEN, KIM THUY VO, individually and d/b/a Thoa Cafe,<br><br>Defendants. | No. C-06-05637 RMW<br><br>ORDER DENYING MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, AND TURNOVER ORDER<br><br>**[Re Docket No. 21]** |

On August 9, 2007, the court entered a default judgment for $6,000 in favor of plaintiff, Garden City Boxing Club, Inc. ("Garden City Boxing") against defendant Kim Thuy Vo, d/b/a/ Thoa Cafe. *See* Docket No. 19. The court did not enter judgment against defendant Nghia T. Nguyen because Nguyen does not appear to have been served. *See* Docket No. 18 at 1 & n. 1; *see also* Docket No. 13 (proof of service of "Kim Thuy Ho d/b/a/ Thoa Cafe"). The court's notice of entry of default sent to "Kim Thuy Ho" (mailed to the same address where Garden City Boxing served "Ho") was returned as unclaimed. Docket No. 16.

Garden City Boxing now moves for an order assigning accounts, restraining alienation, and compelling turn over of books and accounts against all defendants. The court has considered the papers submitted in support of the motion. Counsel did not appear at a hearing held on December 7,

ORDER DENYING MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, AND TURNOVER ORDER —No. C-06-05637 RMW
TSF

2008.

The court is concerned because the proof of service lists "Ho," not "Vo." Furthermore, the court's notice of default mailed to "Ho" was returned unclaimed. Also, despite counsel's sworn declaration to the contrary, no judgment has been entered against Nguyen. The motion to enforce the judgment is denied.

DATED: 12/20/2007

RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Thomas P. Riley  tprlaw@att.net
David J. Cook  cookdavidj@aol.com

**Defendants:**

Nghia T. Nguyen
1040 McLaughlin Avenue, Suite B
San Jose, CA 95112

Kim Thuy Vo
2609 Yerba Vista Court
San Jose, CA 95121

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** **1/4/2008**  TSF
**Chambers of Judge Whyte**